# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGENDER SINGH,<br><br>    Petitioner,<br><br>  v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>    Respondents. | Case No. 1:26-cv-00097-KES-SAB-HC<br><br>ORDER DIRECTING PARTIES TO SUBMIT JOINT STATEMENT |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 9, 2026, the Court granted Petitioner's motion for a preliminary injunction, ordered Petitioner released, and referred the matter to the undersigned for further proceedings, including the preparation of findings and recommendations on the petition or other appropriate action. (ECF No. 8.)

The Court HEREBY ORDERS that within **seven (7) days** of the date of service of this order, the parties SHALL meet and confer and submit a joint statement regarding mootness issues, case management, and any proposed briefing schedule.

IT IS SO ORDERED.

Dated:   **January 12, 2026**   _____

STANLEY A. BOONE
United States Magistrate Judge